CV-16-HS-1368-S

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

Inmate Identification Number: 271564

Adrian Talley JR.

(Enter above the full name of the plaintiff in this action)

FILED
2016 AUG 22 A 11:59
NOTICE TO FILING PARTY
U.S. DISTRICT COURT
It is your responsibility to ALABAMA
notify the clerk in writing of any
address change.

Failure to notify the clerk may
result in dismissal of your case
without further notice.

vs.

Warden: Angela Miree

Warden: Bolling

Cordinator: Shirley Price

Governer of State of Alabama

(Enter above full name(s) of the defendant(s) in this action)

Previous lawsuits

A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes (  )    No (✓)

B. If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

　1. Parties to this previous lawsuit:

　　Plaintiff: _____

　　_____

　　Defendant(s): _____

　　_____

2. Court (if Federal Court, name the district; if State Court, name the county)

_____

3. Docket number _____

4. Name of judge to whom case was assigned _____

_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

_____

6. Approximate date of filing lawsuit _____

_____

7. Approximate date of disposition _____

II. Place of present confinement  Donaldson prison - Bessemer, ALA

A. Is there a prisoner grievance procedure in this institution?
   Yes ( )        No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?        Yes ( )        No ( )

C. If your answer is YES:

   1. What steps did you take?  wrote to the warden numerous of times

   2. What was the result?  I was Ignored

D. If your answer is NO, explain why not: _____

_____

_____

_____

3

III. Parties.

In item (A) below, place your name in the first blank and place your present address in the second blank.

A. Name of Plaintiff(s) Adrian talley JR.

Address 100, Warrior Lane, Bessemer, ALA, 35023

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant Angela Miree

Is employed as Warden

at Donaldson Correctional Facility

C. Additional Defendants Shirley Price, Prison Cordinator

Warden Boliing,

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. <u>Do not give any legal arguments or cite any cases or statues.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

I am being held illegally, confined in solitary confinment, without any exercise time, for 24 hours a day. With no library privileges, no access to church. And I am under constant threats of being beaten if we complain. There are no due process at all, of my right's that are being violated. We are only told

4

that we are in a program but once we complete the program they still hold us, in a 2 man solitary cell for 24 hours a day. Sometimes they even skip showering us.

## V. RELIEF

State briefly <u>exactly</u> what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

I the plantiff ask and beg for the court to release me from solitary confinement, and to be paid in monitery value for each day that I have been held in a cell illegally, and that the defendents in this case be fired or punished if not both.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.

Abrian Dallas
SIGNATURE

ADDRESS William E. Donaldson Correctional Institute, 100 Warrior Lane Bessemer, ALA, 35023

AIS # 271564

